FILED
August 17, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0002860215

RICHARD A. LENARD
1241 E. Dyer Rd., Suite 250
Santa Ana, CA 92705
Tel: 949-231-5837
Fax: 714-640-5702

SBN: 153916

Attorney for Debtors,

ERIK &CATHRYN MIDDENDORF

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re:

ERIK &CATHRYN MIDDENDORF

,

Debtors

) Case No.: 2010-36290
)
) MOTION FOR ORDER TO ABANDON
) PROPERTY
)
)
)
)

Date: 09/04/10
Time: 9:30 am
Court Room: 35
Judge: Honorable Christopher M. Klein

COMES NOW Debtors, ERIK &CATHRYN MIDDENDORF, by and through her attorney of record, RICHARD A. LENARD, to move the court for an order to order the Trustee to abandon certain property. This motion will be based upon the attached

MOTION TO ABANDON PROPERTY - 1

memorandum of points and authorities, the declaration of RICHARD A. LENARD, the notes and records on file with this court, and any other oral or documentary evidence which may be presented in open court.

# MEMORANDUM OF POINTS AND AUTHORITIES

## I.

## INTRODUCTION

The Debtor in the present action originally filed for Chapter 7 protection on June 22, 2010, case number 2010-36290. The Debtor's primary residence located at 2608 Fryers Way, Mount Shasta, California, 96067, was included in the Chapter 7 petition. At the time of filing, the fair market value was approximately $396,000 and with a mortgage balance of approximately $500,000. This property therefore has no value to the bankruptcy estate or to any creditor. On this basis, the Debtor's are requesting the court to order the Trustee to abandon this asset.

## II.

## THE COURT HAS JURISDICTION AND STANDING

The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 157(b) and §1334(b) and is a core proceeding under 28 U.S.C. § 157(b)(2)(O). Venue is appropriate in this court under U.S.C. § 1409(a).

## III.

## THE COURT HAS THE AUTHORITY TO ORDER THE TRUSTEE TO ABANDON THE PROPERTY.

Under 28 U.S.C. § 1334(a), the court is granted exclusive authority over all bankruptcy matters. Further, 11 U.S.C. §554 authorizes to court to order the Trustee to abandon back to the Debtors any property that is of inconsequential value or otherwise burdensome to the estate. The mortgage balance is over $100,000 greater than the fair market value of the property and is therefore of no value to the bankruptcy estate. On this basis, the court should exercise its authority and order to abandon the property back to the Debtors.

## IV.

## CONCLUSION

The subject property is mortgaged beyond its fair market value leaving it with no value to the bankruptcy estate and on this basis, the Debtor respectfully request that this motion be granted.

Dated this 17th day of August, 2010

RICHARD A. LENARD

RICHARD A. LENARD
1241 E. Dyer Rd., Suite 250
Santa Ana, CA 92705
Tel: 949-231-5837
Fax: 714-640-5702


SBN: 153916

Attorney for Debtors,
ERIK &CATHRYN MIDDENDORF

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re: ) Case No.: 2010-36290
)
ERIK &CATHRYN MIDDENDORF ) MOTION FOR ORDER TO ABANDON
) PROPERTY
, )
)
Debtors )

Date: 09/04/10
Time: 9:30 am
Court Room: 35
Judge: Honorable Christopher M. Klein

COMES NOW Debtors, ERIK &CATHRYN MIDDENDORF, by and through her attorney of record, RICHARD A. LENARD, to move the court for an order to order the Trustee to abandon certain property. This motion will be heard at the date and time

1. listed above at the United States Bankruptcy Court located at 501 I Street, Sacramento,
2. California, 95814. This motion will be based upon the attached memorandum of points
3. and authorities, the declaration of RICHARD A. LENARD, the notes and records on file
4. with this court, and any other oral or documentary evidence which may be presented in
5. open court.

Dated this 17th day of August, 2010

_____
RICHARD A. LENARD